Patrick S. McPHERRON, Appellant

v.

Mark J. KAPPELHOFF,
DOJ, Appellee.

No. 11–5075.

United States Court of Appeals,
District of Columbia Circuit.

July 18, 2011.

Rehearing En Banc Denied
Sept. 26, 2011.

Patrick S. McPherron, Algonquin, IL, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: SENTELLE, Chief Judge, and ROGERS and GRIFFITH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's March 21, 2011, decision be affirmed. The district court correctly held that the decision whether to prosecute is within the Attorney General's discretion, and the courts lack authority to compel the Attorney General to prosecute a particular case. *See United States v. Nixon,* 418 U.S. 683, 693, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974); *Powell v. Katzenbach,* 359 F.2d 234, 234–35 (D.C.Cir.1965).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.